UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| MATTHEW KARM, | ) | 3:04-CV-457-ECR (RAM) |
| | ) | |
| Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | May 25, 2007 |
| | ) | |
| WASHOE COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   FRANK JUSTILIANO          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

MINUTE ORDER IN CHAMBERS:

On September 14, 2006, a settlement was reached in this case (Doc. #74).  To date, the Stipulation and Order for Dismissal has not been received by the court.

The parties shall submit their Stipulation and Order for Dismissal within ten (10) days of the date of this order.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:_____/s/_____
              Deputy Clerk